*Summary Disposition November 2, 2005:*

GRIEVANCE ADMINISTRATOR V REID, No. 128832. Pursuant to MCR 9.122(E), in lieu of granting leave to appeal, we remand this case to the Attorney Discipline Board for reconsideration. The board shall take into

consideration the hearing panel's finding that respondent made false statements to the Attorney Grievance Commission in his answer to the request for investigation.